**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Eugene BOYETTE, Jr.,**
**Defendant–Appellant.**

No. 05–13954
Non–Argument Calendar.
D.C. Docket No. 04–00002–CR–3–LAC.

United States Court of Appeals,
Eleventh Circuit.

Feb. 15, 2006.

E. Bryan Wilson, Tallahassee, FL, Nancy J. Hess, United States Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Randolph P. Murrell, Chet Kaufman, Federal Public Defender, Tallahassee, FL, Charles William Lammers, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Before TJOFLAT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed appellate counsel for William Eugene Boyette, Jr., has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Boyette's

convictions and sentences are **AFFIRMED.**